# EXHIBIT 1



# Summons

In the matter of __Neldon Johnson (TIN # ▓▓▓▓▓▓▓) and Glenda Johnson (TIN # ▓▓▓▓▓▓▓)__
Internal Revenue Service (Division): __Small Business/Self-Employed__
Industry/Area (name or number): __Western Area__
Periods: __Calendar year ending December 31, 2012__

## The Commissioner of Internal Revenue

To: __Zions Bank__

At: __Legal Department; 1875 S Redwood Road, Salt Lake City, UT 84104__

You are hereby summoned and required to appear before __Joel Zielke, Revenue Agent, or Designee__ an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

In lieu of appearance, you may mail the following documents to the address below before the date of the appearance.

Please produce for examination copies of signature cards, monthly bank statements, bank deposit slips, deposit items, credit memos, cancelled checks, and debit memos drawn on accounts which either Neldon Johnson (TIN # 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) or Glenda Johnson (TIN # 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) either owns or is a signer for the period December 2011 - January 2013.

The term 'credit memos' includes internal and external bank transfers of funds and wires and includes any internal memoranda evidencing the payor bank name, the payor account name and the payor account number for the accounts paying such transferred and wired funds. The term 'debit memos' includes internal and external bank transfers of funds and wires and includes any internal memoranda evidencing the recipient bank name, the recipient account name and the recipient account number for the accounts receiving such transferred and wired funds. The term 'cancelled checks' includes counter checks, cashier's checks and money orders. The term 'accounts' includes but is not limited to checking accounts, savings accounts, money market accounts, investment accounts, merchant accounts, credit card accounts, loan accounts, account 058409087, and account 5613070241.

You are authorized to receive reimbursement of up to $500.00 for costs directly related to the search for, reproduction of, and transport of the records requested in this summons. If the amount of direct costs is expected to exceed this amount please contact the issuing officer listed below for further authorization.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
50 South 200 East, MS: 4544JZ, Salt Lake City, UT 84111; Phone 801-799-6685; Fax 801-799-6724

Place and time for appearance at __50 South 200 East, Salt Lake City, UT 84111__

**IRS** on the __21st__ day of __September__, __2015__ at __10__ o'clock __a__ m.
Issued under authority of the Internal Revenue Code this __20th__ day of __August__, __2015__.

_Signature of issuing officer_ — Revenue Agent / Title
_Signature of approving officer (if applicable)_ — Revenue Agent Group Manager / Title

Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

Original — to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 08/20/2015 | |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____
Legal Department; 1875 S Redwood Road, Salt Lake City, UT 84104

| Signature | Title |
|---|---|
| [signed] | Revenue Agent |

7015 0640 0004 7478 3617

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: 08/20/2015       Time: _____

Name of Noticee: Neldon & Glenda Johnson

Address of Noticee (if mailed): 4035 S 4000 West, Delta, UT 84624

7015 0640 0004 7478 3662              7015 0640 0004 7478 3624

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| [signed] | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |

Form 2039 (Rev. 12-2001)



