Paul W. Jones, #11688
STOEL RIVES, LLP
4766 South Holladay Blvd
Salt Lake City, Utah 84117
Telephone: (801) 930-5101
Fax: (801) 606-7714
*Attorneys for the Petitioner*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NELDON JOHNSON and GLENDA JOHNSON, <br><br> Petitioners <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendants | **Declaration of Glenda Johnson** <br><br> Case No. 2:15-cv-00742-JP <br><br> Judge: Jill Parrish |

I, Glenda Johnson, declare:

1. I am over the age of 18.

2. I have personal knowledge of the facts contained herein.

3. My federal tax return in 2012—a joint tax return filed with my husband, Neldon Johnson—is currently being examined by the Internal Revenue Service.

4. Neldon and I did not have personal bank accounts at Well Fargo during the tax year 2012.

5. I am familiar with the check identified in the summons issued by the Internal Revenue Service through Revenue Agent Joel Zelke, on September 21, 2015 (the "Check").

6. The Check was issued as the result of Zions Bank requiring certain businesses for whose accounts I am a signer to close their banking accounts with Zions Bank.

7. The closing of these accounts meant that the businesses had to find a new bank or financial institution to handle their banking needs.

8. The businesses had trouble finding a new bank or financial institution.

9. So to accommodate the closing of these businesses' accounts with Zions Bank and to provide time to find a new financial institution these business accounts were closed through the funds being disbursed to me in a cashier's check because I was a signer for those bank accounts at Zions Bank.

10. I held the funds (the funds on the Check) merely as a custodian of the funds for the businesses until new accounts for these businesses could be opened.

11. At the time business accounts for those businesses were opened at Wells Fargo the funds on the Check were deposited in those accounts.

12. The IRS did not ask me, my husband, or our representative about the Check prior to issuing the September 21, 2015 summons.

13. Neither Neldon nor I have any objection to producing any of our personal bank account statements and/or banking information to the IRS for the purposes of this examination.

14. I have read the *Memorandum In Opposition to Defendant's Motion to Summarily Deny Petition to Quash Summons and Counter-Petition For Enforcement of the Summons* and the factual statements recited therein are true and correct and the basis of my personal and direct knowledge of the matters to which said statements are made.

15. If I am called as a witness to testify my testimony would conform to the factual statements made in the *Memorandum In Opposition to Defendant's Motion to Summarily Deny Petition to Quash Summons and Counter-Petition For Enforcement of the Summons*.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 6th Day of January, 2016.

_____
Glenda Johnson